# Alirio Bello

**149-59 20th Ave 101**
**Whitestone, NY 11357**



## *Letter of Explanation*

3 June, 2011

RE: Alirio Bello – Case No. 10-43744-CEC, Robert L. Geltzer v. Alirio Bello, Adv. Pr. No. 11-1305-CEC

Mr. Gelpzer;

**note that I am not an attorney nor do I have any knowledge of law.

On or about a year ago, I started my process of filing bankruptcy where I sought legal advice from an appropriate attorney for representation in filing my bankruptcy. I hired Martin Vasquez to legally represent me where I put in his hands my situation of bankruptcy. I was charged $12oo which included in the fee my representation in the court and my filing documentation.

On my first interview in the court, Attorney Vasquez did not require any documentation nor did he request any of my financial documents. During the court, I realized that the judge was asking the attorneys what assets their clients had. In my trying to comprehend this, I realized I am an owner of a car. Then, he made an adjournment to the hearing because he said that he was going to include the car. I was very disappointed because this questioning should have been done prior to my showing up for court.

On my next court date, to my surprise, my attorney was not even present. I was entirely left on my own with my very limited English and no knowledge of procedures. I had no other choice but to leave. Immediately following departure, I went to his office and found to my horror, the entire office was gone, as well. I tried many times getting in touch with him, his paralegal, his office. I was told only that he was in Florida and not reachable and that no further could be done for me.

My next step was to hire another attorney so that my bankruptcy case could be finalized. On or about December, 2010, I received a letter requesting my appearance before the judge. I only received this letter because my name was listed as CC recipient on the bottom of the letter. Not even the contents did I understand.

In the meeting with the new attorney, Hector Roman, I explained my situation and the events leading up to my find him. I asked for his guidance and representation. At court, I was told that they now wanted my car to consolidate the debt of $6,800 that I had with them. However, I was not accepting this, because this is my only mode of transportation to take my two smaller children to and from school.

After several communications between my attorney and me, I finally requested a loan from my family to pay this amount. I voluntarily offered to pay $4,000 instead of the car. However, after a week, the Attorney Roman contacted me with the disappointing news that the referee did not accept the discounted payment and still wanted the car. In between my desperation of not knowing what to do or what road to take, I decided to release the car under great duress. I advised the attorney that the car was in a garage and waiting for them to pick it up. Two weeks later, Attorney Roman contacted me and stated that they no longer want the car. They now want only the full balance of the money and that Attorney Roman no longer represents me. So now I am in an even more desperate and confusing situation than in the beginning.

I asked my niece who speaks better English to translate for me. I called the referee, Robert Geltzer, several times to see if we could finalize the situation. I was told that I was not allowed to speak to the referee, because Hector Roma was my attorney and to speak only to him. In my attempts of trying to speak with him, once again, I was told that he was no longer in the area and that he would be back in September. I communicated this to the referee and was told that this was not of their concern and that I was in default for driving a car that was never picked up from the garage but at their default was not picked up and impounded.

Therefore, I am writing this letter of explanation to clarify my situation and so that we all understand with clarity where I am in this situation due to misrepresentation and lack of representation on the part of the attorneys.

The car is ready to be release. The title is ready. I have an appraisal from the GMC that the car is in good order. Currently, I am waiting for arrangements to follow thru regarding the car.

Sincerely,

Alirio Bello